OFFICE OF DISCIPLINARY COUNSEL *v.* SULLIVAN.

[Cite as Disciplinary Counsel *v.* Sullivan (1989), 41 Ohio St. 3d 6.]

(No. D.D. 88-25—Submitted January 11, 1989—Decided February 22, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Karen B. Hull,* for relator.

*Per Curiam.* This court agrees with the board's findings that respondent violated DR 1-102(A)(3) and 1-102(A)(6). We also concur with the board's recommendation. Accordingly, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.